571 A.2d 294

PERTH AMBOY IRON WORKS, INC., A NEW JERSEY CORPORA-
TION, AND BOCRA CHARTERS, INC., A DELAWARE CORPO-
RATION, PLAINTIFFS–RESPONDENTS, v. AMERICAN HOME
ASSURANCE COMPANY, AMERICAN INTERNATIONAL MA-
RINE AGENCY OF N.Y., INC., THE HALLAND AGENCY, INC.,
BARBARA A. FLYNN, B.D. ROBINSON, JOHN GAUNT, TIMO-
THY TINDALL, R. SLUKA, MICHAEL J. MELOCHE, D.E. BRA-
DEN, DON MANN, WALTER E. JOHNSON, JR., PETER JOHN-
SON, PETER W. ANGEL, JUAN ORTEGA, JOE VOIGT, JOHN
DEL PERSIO, JOHN E. LEEK, JR., RALPH LEEK, FRED METZ,
VERNON F. WALKER, H.B. SESSIONS, DAVID MARTIN,
RENDEVOUS BAY YACHT SALES, INC., ROBERT C. BUCK-
LEY, MAL–GAR BEACH, INC., T/A COMSTOCK MARINE, LAR-
RY GAHR, KEY POWER, INC., TORBERT & ASSOCIATES,
LTD., N.T. TORBERT, WESTERN BRANCH DIESEL, INC.,
FRED DICKERSON, ROBERT ROWE, ROBERT POSSIANT,
JOHN DOE, COASTAL POWER PRODUCTS, INC., R. DES-
MOND, AIR RESEARCH, A DIVISION OF GARRETT CORPO-
RATION; KEY MARINE CORPORATION, THE YARD, INC.,
AND GEORGE W. FAUVER, DEFENDANTS, AND DETROIT
DIESEL ALLISON, A DIVISION OF GENERAL MOTORS COR-
PORATION, AND JOHNSON & TOWERS, INC., DEFENDANTS–
APPELLANTS, AND OCEAN YACHTS, INC., DEFENDANT–RE-
SPONDENT.

Argued February 27, 1990—Decided April 2, 1990.

*Rudy B. Coleman* argued the cause for appellant Detroit Diesel Allison, a Division of General Motors (*Carpenter, Bennett & Morrissey*, attorneys; *Rudy B. Coleman* and *Stephen F. Payerle*, on the briefs).

*Frederick J. Wortmann* argued the cause for appellant Johnson & Towers, Inc. (*Braff, Ertag, Wortmann, Harris & Sukoneck*, attorneys).

*Jerome N. Lynes* argued the cause for respondent Ocean Yachts, Inc. (*Connell, Foley & Geiser*, attorneys).

*Joseph DiRienzo* argued the cause for respondents Perth Amboy Iron Works, Inc. (*DiRienzo, Wallerstein & Fellman*, attorneys).

*John P. Thurber*, Assistant Deputy Public Advocate, argued the cause for *amicus curiae* Public Advocate (*Thomas S. Smith, Jr.*, Acting Public Advocate, attorney).

*Roberta Nan Berkwits*, Deputy Attorney General, argued the cause for *amicus curiae* Attorney General of New Jersey (*Robert J. Del Tufo*, Attorney General, attorney; *Andrea M. Silkowitz*, Assistant Attorney General, of counsel).

*Madeline L. Houston* submitted a brief on behalf of *amici curiae* Paterson's Coalition for Housing and Consumers League of New Jersey (*John D. Atlas*, Executive Director, Passaic County Legal Aid Society, *Madeline L. Houston, Neil Fogarty*, and *Gail Chester*, on the brief).

*Eugene M. Haring* submitted a brief on behalf of *amicus curiae* Product Liability Advisory Council, Inc. (*McCarter & English,* attorneys).

PER CURIAM.

The judgment of the Appellate Division is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, reported at 226 *N.J.Super.* 200, 543 *A.*2d 1020 (1988).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, GARIBALDI, and STEIN—6.

*For reversal*—None.